No. 80–613. SHOSHONE TRIBE ET AL. *v.* DRY CREEK LODGE, INC., ET AL. C. A. 10th Cir. Motion of Pueblo of Cochiti et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 80–5708. BROWN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.